## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

LOUIE SEDILLO,

Plaintiff,

vs.                                                    No. CIV-04-380 JH/WDS

ROBERT RAMIREZ et. al.,

Defendants

## ORDER ADOPTING REPORT AND RECOMMENDATIONS AND
## DENYING DEFENDANT'S MOTION TO DISMISS

**THIS MATTER** came before the Court on Defendant Laura Chavez's Motion to Dismiss [Document No. 95] as well as Defendant's *Martinez* Report [Document No. 76].  In response to Defendant's motion, Plaintiff filed an opposition brief [Document No. 98].  Plaintiff Louie Sedillo is proceeding *pro se* and has brought this civil right action under 42 U.S.C. §1983.  The undersigned referred this matter to Magistrate Judge Schneider for a recommended disposition of the case, and Magistrate Judge Schneider filed his Report and Recommendations regarding the instant motion on October 1, 2009. [Document No. 102]  Having reviewed the record de novo and considered the United States Magistrate Judge's Proposed Findings and Recommended Disposition, to which no objections were filed, and being otherwise fully advised, I find that the Motion to Dismiss should be denied.

**WHEREFORE, IT IS ORDERED** that the findings and recommendations of the United States Magistrate Judge are adopted.

**IT IS FURTHER ORDERED** that Defendant Laura Chavez's Motion to Dismiss (Docket No. 95) is **DENIED**.


_____
JUDITH HERRERA
UNITED STATES DISTRICT JUDGE