IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LOUIE SEDILLO,

Plaintiff,

vs.                                                                 No. CIV-04-380 JH/WDS

ROBERT RAMIREZ et. al.,

Defendants

**ORDER GRANTING IN PART MOTION TO COMPEL
DEFENSE TO PRODUCE A WITNESS**

THIS MATTER comes before the court on Plaintiff's Motion to Compel Defense to Produce a Witness.  (Document #92)  Defendants have not filed opposition to the motion, and therefore it is deemed unopposed.  Plaintiff's motion is well taken in part and is granted to the extent that, once a trial date is established, the Clerk's Office will be directed to issue a subpoena directing Robert Ramirez to appear as a witness at trial.  It is the Court's understanding that Mr. Ramirez is no longer employed by the New Mexico Department of Corrections.  Accordingly, counsel for Defendants is directed to provide the Court with Mr. Ramirez' last known address.  In addition, Defendants are directed to indicate in their pretrial order whether they intend to produce Mr. Ramirez at the trial of this matter.

IT IS SO ORDERED.

_____
W. Daniel Schneider
United States Magistrate Judge