IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LOUIE SEDILLO,

Plaintiff,

vs.                                             No. CIV-04-380 JH/WDS

ROBERT RAMIREZ et. al.,

Defendants

## ORDER GRANTING MOTION FOR TRANSPORT

THIS MATTER comes before the court on Plaintiff's Motion for a Transport Order. (Document #96)  Defendants have not filed opposition to the motion, and therefore it is deemed unopposed.  Plaintiff is entitled to be present in the courtroom at the time his case his tried.  Therefore, Plaintiff's motion is well taken and is granted.  However, a trial date has not been set in this matter, and the Court is unable to finalize the details of Plaintiff's transport.  Once a trial date is set, transportation of the Plaintiff will be arranged by the Clerk's Office.

IT IS SO ORDERED.

_____
W. Daniel Schneider
United States Magistrate Judge