IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LOUIE SEDILLO,

Plaintiff,

vs.  No. CIV-04-380 JH/WDS

ROBERT RAMIREZ et. al.,

Defendants

ORDER GRANTING MOTION FOR SUBPOENA
FOR MEDICAL RECORDS

THIS MATTER comes before the court on Plaintiff's Motion for a Subpoena for Medical Records. (Document #96) Defendants have not filed opposition to the motion, and therefore it is deemed unopposed. Plaintiff's motion is well taken and is granted. The Clerk's Office is directed to issue a subpoena for Plaintiff's medical and psychiatric files located at Lea County Correctional Facility. The subpoena should be served on the New Mexico Corrections Department, Office of General Counsel, P.O. Box 27116 Santa Fe , NM 87502-0116, attention: Karla JaNelle Haught..

IT IS SO ORDERED.

_____
W. Daniel Schneider
United States Magistrate Judge