IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**LOUIE SEDILLO,**

**Plaintiff,**

**vs.**                                                                                    **No. CIV-04-380 JH/WDS**

**ROBERT RAMIREZ et. al.,**

**Defendants**

### ORDER DENYING PLAINTIFF'S MOTION TO REOPEN DISCOVERY AND GRANTING DEFENDANT'S MOTIONS TO STRIKE

This matter is before the Court on cross-motions related to discovery. Discovery in this matter closed in April 2008 and Plaintiff did not seek leave of court to extend discovery at that time. In early March 2010, without seeking leave of court, Plaintiff served interrogatories, a request for production, and requests for admissions on Defendant. Defendant has filed motions to strike the discovery requests. (Documents 123, 124, 128) Plaintiff has filed a belated motion to reopen discovery. (Document 129). Defendants filed a Response in opposition to Plaintiff's motion, and Plaintiff has not filed a Reply.

Discovery has been closed in this matter for two years. Dispositive motions have been filed and ruled on by the Court. Several pre-trial motions have been resolved, and this matter is now scheduled for trial. Plaintiff has not shown good cause to reopen discovery. The Court finds that Defendant's motions to strike are well taken, and are granted. Plaintiff's motion to reopen discovery is not well taken and is denied.

IT IS SO ORDERED.

_____
**W. DANIEL SCHNEIDER**
**United States Magistrate Judge**